UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATORIA BROWN,

             Plaintiff,

v

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

             Defendant.

USDC Case No. 2:14-cv-13036
Hon.

Wayne County Case No. 14-008809-CK
Hon. Muriel Hughes

---

| | |
|---|---|
| **ISSA G. HADDAD (P71699)**<br>**HADDAD LAW FIRM, PLC**<br>Attorneys for Plaintiff<br>470 N. Old Woodward Avenue, Suite 250<br>Birmingham, Michigan 48009<br>(248) 633-8500 | **CARY R. BERLIN (P64122)**<br>**SHELLY LEE GRIFFIN (P49488)**<br>**PATRICK, JOHNSON & MOTT, P.C.**<br>Attorneys for Defendant<br>27777 Franklin Road, Suite 1400<br>Southfield, Michigan 48034<br>(248) 356-8590 |

---

## ALLSTATE'S NOTICE OF REMOVAL

The Defendant, Allstate Property and Casualty Insurance Company ( "Allstate"), through its attorneys, Patrick, Johnson & Mott, P.C., removes the above action from the Wayne County Circuit Court to this Court, pursuant to 28 U.S.C. §1446, based upon the following grounds:

1.     The above action was filed on July 9, 2014 in the Circuit Court for the County of Wayne, State of Michigan [Case No. 14-008809-CK] and is now pending in that Court. Process, including a Summons and Complaint, was served upon Allstate's registered agent on July 22, 2014. Copies of all process and pleadings served upon Allstate's registered agent are attached as **Exhibit "A."**

2.     Allstate is now, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the State of Illinois, having its principal place

of business located in the City of Northbrook, State of Illinois.  Allstate is, therefore, a citizen and resident of the State of Illinois, and is not a resident, citizen or corporation of the State of Michigan.

3.      The Plaintiff is currently, and was at all times material hereto, a citizen of the State of the Michigan as evidenced by Paragraph 1 of her Complaint (**Exhibit "A"**).

4.      A controversy exists between Allstate and the Plaintiff, and the amount of controversy in this action is at least $140,000.00, exclusive of interest and costs, as evidenced by Paragraph 28 of the Plaintiff's Complaint. (**Exhibit "A"**).

5.      The Plaintiff has also presented a Sworn Statement in Proof of Loss, seeking $214,487.43 from Allstate, exclusive of interest and costs. (Proof of Loss, **Exhibit "B"**).

6.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, due to the amount in controversy and the diversity of citizenship of the parties.

7.      Allstate is, therefore, entitled to remove the above action from the Wayne County Circuit Court to this Court pursuant to 28 U.S.C. § 1446(a).

Respectfully submitted,

**PATRICK, JOHNSON & MOTT, P.C.**

*s/ Cary R. Berlin*
Attorneys for Defendant
27777 Franklin Road, Suite 1400
Southfield, Michigan 48034
(248) 356-8590
cberlin@pjmpc.com
P64122

Date: August 5, 2014

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATORIA BROWN,

    Plaintiff,

v

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

USDC Case No. 2:14-cv-13036
Hon.

Wayne County Case No. 14-008809-CK
Hon. Muriel Hughes

---

**ISSA G. HADDAD (P71699)**
**HADDAD LAW FIRM, PLC**
Attorneys for Plaintiff
470 N. Old Woodward Avenue, Suite 250
Birmingham, Michigan 48009
(248) 633-8500

**CARY R. BERLIN (P64122)**
**SHELLY LEE GRIFFIN (P49488)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
27777 Franklin Road, Suite 1400
Southfield, Michigan 48034
(248) 356-8590

---

<u>**PROOF OF SERVICE**</u>

  The undersigned certifies that on August 5, 2014, Allstate Property and Casualty Company's Notice of Removal and this Proof of Service were served upon:

Issa Haddad, Esq.
470 N. Old Woodward Avenue, Suite 250
Birmingham, Michigan 48009
(via first class mail)

Clerk of the Court
Wayne County Circuit Court
Two Woodward Avenue
Detroit, Michigan 48226
(via e-filing)


*s/Cary R. Berlin*
PATRICK JOHNSON & MOTT
27777 Franklin Road, Suite 1400
Southfield, Michigan 48034
248-356-8590
cberlin@pjmpc.com
P64122